[No. 10191-2-II. Division Two. June 27, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE HEIN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 86-1-00005-3, William E. Howard, J., entered August 8, 1986. *Affirmed* by unpublished opinion per Alexander, A.C.J., concurred in by Petrich and Worswick, JJ.

[No. 8415-9-III. Division Three. June 28, 1988.]

EAST LAKE WATER ASSOCIATION, *Respondent*, v. ALAN ROGERS, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 86-2-00005-6, James R. Thomas, J., entered January 26, 1987. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Thompson and Green, JJ. Now published at 52 Wn. App. 425.

[No. 8242-3-III. Division Three. June 28, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSIE M. WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 86-1-00069-1, Charles W. Cone, J., entered November 10, 1986. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.